1

2

3

4

5

6

7

8

THE HONORABLE THOMAS ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MORGAN & SAMPSON PACIFIC, a
California partnership,

9                                                 Plaintiff,

10

11        v.

12   INTERNATIONAL VITAMIN
     CORPORATION, a corporation, and DOES 1
13   through 10,

14                                              Defendant.

NO. 2:11-cv-00168 TSZ

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS FOR FAILURE
TO COOPERATE IN TRIAL
PREPARATION

**NOTE ON MOTION CALENDAR:
AUGUST 31, 2012**

15        THIS MATTER came before the undersigned Judge of the above-entitled Court on

16   Defendant's Motion to Dismiss for Failure to Cooperate in Trial Preparation, The Court,

17   deeming itself fully advised and having reviewed the following documents:

18        1.        Defendant International Vitamin Corporation's Motion to Dismiss for Failure
19                  to Cooperate in Trial Preparation;

20        2.        Declaration of Jeffrey E. Bilanko in Support of Motion to Dismiss;

21        3.        _____; and

22        4.        _____.

23

24

25

26

ORDER GRANTING MOTION TO
DISMISS - 1
Case No. 2:11-cv-00168 TSZ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

2

Defendant's Motion to Dismiss is **GRANTED**.

3

4

DATED this _____ day of _____, 2011.

5

6

_____

7

Honorable Thomas Zilly
United States District Court Judge

8

9

Presented by:

10

GORDON & REES LLP

11

_____/s/ _Jeffrey E. Bilanko_____

12

Donald J. Verfurth, WSBA No. 15554
Jeffrey E. Bilanko, WSBA No. 38829

13

Brandon R. Carroll, WSBA No. 39510
Ryan G. Foltz, WSBA No. 30696

14

dverfurth@gordonrees.com
jbilanko@gordonrees.com

15

bcarroll@gordonrees.com
rfoltz@gordonrees.com

16

701 Fifth Avenue, Suite 2100
Seattle, WA  98104

17

Phone: (206) 695-5100
Fax: (206) 689-2822

18

**Attorneys for Defendant
International Vitamin Corp.**

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO
DISMISS - 2
Case No. 2:11-cv-00168 TSZ

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on August 6, 2012, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4

following:

5

6

Troy C McMahan……..tcmesquire@hotmail.com, tcm@byu.net

7

Todd Christian Anderson……toddcanderson@cox.net, linda@johnandersonlaw.com

8

John H Anderson…… john@johnandersonlaw.com, linda@johnandersonlaw.com

9

Jonathan Kolb Sitkin……jsitkin@chmelik.com, jbrumfield@chmelik.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*/s/ Liana Natividad*
Liana Natividad, Legal Assistant
Gordon & Rees LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Phone:(206) 695-5100
lnatividad@gordonrees.com

ORDER GRANTING MOTION TO
DISMISS - 3
Case No. 2:11-cv-00168 TSZ
CG/1068003/13254998v.1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822